PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Barton Williams AX-4821 KVSP-CSP<br>P.O. Box #6000<br>Delano, CA 93216<br>TELEPHONE NO: N/A  FAX NO. (Optional): N/A<br>E-MAIL ADDRESS (Optional): N/A<br>ATTORNEY FOR (Name): Pro Per | FILED<br>AUG - 5 2020<br>Clerk of the Court<br>Superior Court of CA County of Santa Clara<br>BY_____ DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Santa Clara
STREET ADDRESS:
MAILING ADDRESS: 191 North First Street
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: Hall of Justice / Civil Division

PLAINTIFF: Barton Williams

DEFENDANT: Laurie Smith
Sheriff of Santa Clara County

☐ DOES 1 TO ____

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
☒ AMENDED (Number): 19CV344922
Type (check all that apply):
☐ MOTOR VEHICLE   ☐ OTHER (specify):
   ☐ Property Damage   ☐ Wrongful Death
   ☒ Personal Injury   ☒ Other Damages (specify): Punitive

Jurisdiction (check all that apply):
☐ ACTION IS A LIMITED CIVIL CASE
   Amount demanded ☐ does not exceed $10,000
                    ☐ exceeds $10,000, but does not exceed $25,000
☒ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
   ☐ from limited to unlimited
   ☐ from unlimited to limited

CASE NUMBER: 19CV344922

1. Plaintiff (name or names): Barton Williams
   alleges causes of action against defendant (name or names):
   Laurie Smith
   Sheriff of Santa Clara County
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):
   b. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE: Williams v Laurie Smith | CASE NUMBER: 19CV344922 |
|---|---|

4. ☐ Plaintiff *(name):*
   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☐ except defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   c. ☐ except defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   b. ☐ except defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   d. ☐ except defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☐ Doe defendants *(specify Doe numbers):* _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☐ Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☒ at least one defendant now resides in its jurisdictional area.
   b. ☒ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☒ Plaintiff is required to comply with a claims statute, and
   a. ☒ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify):*

PLD-PI-001

| SHORT TITLE: Williams v Smith | CASE NUMBER: 19cv19344922 |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☐ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☐ Premises Liability
    f. ☒ Other *(specify)*: Personal Injury

11. Plaintiff has suffered
    a. ☐ wage loss
    b. ☐ loss of use of property
    c. ☐ hospital and medical expenses
    d. ☒ general damage
    e. ☐ property damage
    f. ☐ loss of earning capacity
    g. ☒ other damage *(specify)*: Punitive / Pain - Suffering

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.
    yes

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☒ compensatory damages
       (2) ☒ punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) ☒ according to proof
       (2) ☒ in the amount of: $ 250,000

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: 7-27-20

Barton Williams
(TYPE OR PRINT NAME)

▶ Bart Loft
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]     COMPLAINT—Personal Injury, Property Damage, Wrongful Death     Page 3 of 3

PLD-PI-001(2)

| SHORT TITLE: Williams v Smith | CASE NUMBER: 19CV344922 |
|---|---|

## CAUSE OF ACTION—General Negligence       Page _____

_____ (number)

ATTACHMENT TO  ☒ Complaint   ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: Barton Williams

alleges that defendant *(name)*: Laurie Smith
Sheriff of Santa Clara County

☒ Does 8-23-18 to 10-3-18

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date)*:

at *(place)*: Santa Clara County Jail / 150 W. Hedding St. San Jose, CA 95110

*(description of reasons for liability)*:

Laurie Smith / Sheriff of Santa Clara County is responsible for the actions of the medical Dept of the Jail and oversees the treatment of prisoners housed at the Jail. S.C.C.J. Failed to provide defendant timely and adequate medical care upon arrival to the Jail from where the defendant was house prior to the County Jail. State Prison. Defendant suffered serious pain and long term harm from from lack of medical care — Delay of Care — Constitutional Issues under the 8th Amendment of the U.S. Constitution / The defendant was subjected to Cruel and Unusual punishment by being denied Competent timely medical care to which would have alleviated the defendents pain / anguish and provided the care any Competant doctor practicing in the medical field would deem nessesarry and needed medical care given the defendants Condition.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

CAUSE OF ACTION—General Negligence

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

pg 1

## Factual Allegations

1. On or about 8-23-18 Plaintiff was booked into the Santa Clara County Jail in San Jose, Ca. Defendant was transferred from Kern Valley State Prison in Delano, Ca and was and is a State prisoner. Defendant was transferred for further court proceedings.

2. Upon transfer the KVSP medical Dept. sent with the plaintiff a medical order sheet listing medical/chronic care instructions and a current list of medications the plaintiff was prescribed for pain control.

3. The Booking Nurse reviewed plaintiff's medical records upon arrival to the Santa Clara County Jail and told the plaintiff that the jail doctor would see him the next day as the RN could not give the plaintiff his medications.

4. Plaintiff was housed in the jail and wasn't seen by the doctor for almost the whole time he was in the jail. Causing severe pain/suffering by medical staff's delay and denial of care.

5. Plaintiff submitted a written sick call request to see the doctor every day he was at the jail. From 8-23-18 to approximate date of 9-27-18 the plaintiff was denied medical attention and medical care.

Pg 2

6. Plaintiff made daily inquiries to the pill call nurse about his medical condition / when Doctor would see him and was treated indifferently by medical staff and made to suffer.

7. Plaintiff had his attorney of record contact the jail medical staff by phone on 4 occasions yet no one / medical staff came to the defendants aid.

8. Plaintiff filed 4 In house grievances and was not granted medical care.

9. On 8-27-18 plaintiff was interviewed by a parole officer / Division of Adult Parole Headquarters and was identified as a Armstrong Class Action member and the parole officer forwarded a copy of my initial medical request (treatment) medical evaluation and medication to be given to defendant.

10. Medical staff at the jail chose to ignore all legitimate requests for medical treatment by attorney= parole officer = Human Resource Bureau personal Contracted medical staff.

11. Three days before plaintiffs transfer back to CDCR KVSP prison. Dr. Emilee Wilhelm finally saw the plaintiff / took x-rays of injured knee and ankle but refused to continue medication that was were

prescribed by the CDCR doctors. Thus leaving the plaintiff to suffer needlessly. Thus violating his Constitutional rights.

12. Plaintiff then was returned to the Dept of Corrections where he underwent surgery on his knee to correct his injury and is still in pain to this day because of the neglegence of the Santa Clara County jail medical staffs medical indifference.

Cause of Action
Count 1

Plaintiff was subjected to Cruel and Unusual Punishment of The Eighth Amendment To The Constitution.

1. Plaintiff incorperates paragraphs 1 through 12 as they were stated fully herein.

2. Defendant Laurie Smith violated Plaintiffs Eight Amendment right to be free from Cruel and Unusual punishment as the defendant oversees jail operations and is aware of the medical departments assigned to the jail is inadequate and that the prisoners are being denied medical care and being delayed care as stated in a on-going Class Action lawsuit (now settled) Chavez v Santa Clara County that specifically dealt with ADA issues - And delays

Pg 4

in recieving medical care in the Santa Clara County jail.

3. Defendant Smith violated plaintiffs Eighth Amendment right to be free from cruel and unusual punishment by depriving Plaintiff's basic and reasonable right to reasonable and needed medical treatment. Plaintiff can prove by documentation of
A. Serious medical need
B. Officals obvious knowledge that the Plaintiff was in need of immediate medical care
C. And that the jail officals / medical dept. failed to provide treatment.
D. Plaintiff can and will show Causation and Injury.

Count II

Plaintiff was Denied Due Process Under The Fourteenth Amendment To The Constitution.

1. Plaintiff incorporates paragraphs 1 thru 12 as though they were stated fully herein.

2. Defendant Smith Violated Plaintiffs Fourteenth Amendment rights to due process by Continuously keeping Plaintiff in a cell at the County jail without any kind of medical care for Aproximatly 30 days. Where plaintiff was kept awaiting transfer back to the California Dept. of Corrections.

3. Defendant Smith violated Plaintiff's Fourteenth Amendment rights to due process by depriving Plaintiff of an opportunity to aggrieve the conditions of his confinement and denial of medical treatment.

### Prayer For Relief

WHEREFORE, Plaintiff respectfully prays that this Court:

A. Declare that the acts and omissions described herein violated Plaintiff's rights under the Constitution and laws of the United States; Eight and Fourteenth Amendment

B. Order Defendant to pay Compensatory and punitive damages; in the amount of $250,000

C. Order Defendant to pay reasonable attorney fees and costs and;

D. Grant other just and equitable relief this Honorable Court deems necessary.

Respectfully Submitted

Barton Williams   Date July 27, 2020
Barton Williams
KVSP-CSP
P.O. Box 6000 P.N.# AX-9821
Delano, CA 93216

Pg 6

Pursuant to California Court Rules, I declare and verify under the laws of the United States of America that the foregoing is true and correct Executed on July 27, 2020.

*Bart W____*
Barton Williams

(ENDORSED)
**FILED**
JUL 1 0 2020
Clerk of the Court
Superior Court of CA County of Santa Clara
BY _____ DEPUTY

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SANTA CLARA

| | |
|---|---|
| Barton Williams<br><br>Plaintiff,<br><br>vs.<br><br>Acting Sheriff of Santa Clara County,<br><br>Defendant. | Case No. 19CV344922<br><br>ORDER RE: PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL AND PLAINTIFF'S MOTION TO AMEND COMPLAINT |

Plaintiff's motion for appointment of counsel and motion to amend complaint came on for hearing before the Honorable Thang N. Barrett on July 9, 2020, at 9:00 a.m. in Department 21.

Plaintiff's motion for appointment of counsel is denied <u>without prejudice.</u>

<u>Plaintiff's motion to amend is granted.</u>  Plaintiff is to file his first amended complaint within 45 days of the date of this order.

IT IS SO ORDERED.

Dated: July 9, 2020

_____
Thang N. Barrett
Judge of the Superior Court

⁂ Amended And Filed By Court
on 8-5-20 ~~other dates~~

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Barton Williams AX-9821 KVSP-CSP<br>P.O. Box # 6000<br>Delano, CA 93216<br>TELEPHONE NO.: N/A   FAX NO.: N/A<br>ATTORNEY FOR (Name): Pro Per | FILED<br>AUG - 5 2020<br>Clerk of the Court<br>Superior Court of CA County of Santa Clara<br>BY _____ DEPUTY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Santa Clara<br>STREET ADDRESS: Hall of Justice<br>MAILING ADDRESS: 191 North First Street<br>CITY AND ZIP CODE: San Jose, CA 95113<br>BRANCH NAME: Civil Division | |
| CASE NAME: Williams v Laurie Smith | |

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: 19CV344422 |
|---|---|---|
| [X] Unlimited   [ ] Limited<br>(Amount   (Amount<br>demanded   demanded is<br>exceeds $25,000)   $25,000 or less) | [X] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | JUDGE: Theng N. Barrett<br>DEPT: 21 |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [X] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition (not specified above) (43)

2. This case [X] is   [ ] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [X] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [X] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a.[X] monetary   b.[ ] nonmonetary; declaratory or injunctive relief   c.[X] punitive
4. Number of causes of action (specify):
5. This case [ ] is   [X] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 7-27-20

Barton Williams                               /s/ Barton Williams
(TYPE OR PRINT NAME)                        (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | CIVIL CASE COVER SHEET | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov |

HAND-DELIVERED

Board # 20-291

Initial/Date:

11-5-20

UM-100

PHI: ☐
PHI: Protected Health Info

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:** Sheriff of Santa Clara Co.
**(AVISO AL DEMANDADO):** Laurie Smith
55 Younger St.
San Jose, Ca 95110

**YOU ARE BEING SUED BY PLAINTIFF:** Barton Williams
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):** AX-9821
KVSP-CSP
Box 6000
Delano, Ca 93216

FILED
AUG - 5 2020
Clerk of the Court
Superior Court of CA County of Santa Clara
BY _____ Alvarez DEPUTY

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is:
(El nombre y dirección de la corte es): Superior Court
Civil Division
191 N. First St.
San Jose, CA 95113

CASE NUMBER: (Número del Caso):
19CU344922

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
B. Williams
P.O. Box 6000
Delano, CA 93216

DATE: AUG - 5 2020
(Fecha)

Clerk, by _____ Alvarez, Deputy
(Secretario) (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010).)

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):

3. ☐ on behalf of (specify):
   under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☐ other (specify):
4. ☐ by personal delivery on (date):

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov